FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 0 7 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

BILLY GLENN POWELL )
    Plaintiff, )
  )
  ) No. 2:14cv32 DPM
v. )
  ) JURY TRIAL DEMANDED
JUDY G. GRAHAM and )
FURNITURE BRANDS INTERNATIONAL, INC ) This case assigned to District Judge Marshall
    Defendant, and to Magistrate Judge Volpe

## COMPLAINT FOR DAMAGES

COMES NOW the Plaintiff, Billy Powell, and files the Complaint against Judy Graham and Furniture Brands International, Inc. and for his cause of action, states as follows:

### PARTIES, JURISDICTION AND VENUE

1. Billy Powell, at the time of the events giving rise to this Complaint, was an adult resident of West Plains, Missouri.

2. Defendant, Judy Graham, at the time of the incident giving rise to this Complaint, was an adult resident of Thaxton, Mississippi.

3. Defendant, Furniture Brands International, Inc., is a foreign for profit corporation incorporated in the state of Missouri and doing business in the state of Missouri and additional States, including Arkansas. Furniture Brands International, Inc., has its principal office located in St. Louis, Missouri and may be served with process through their registered agent Meredith M. Graham at the address of 1 North Brentwood Blvd. St. Louis, Missouri 63105. Furniture Brands International, Inc., is in the business of

designing, manufacturing, and supplying home furnishings throughout the domestic United States as well as internationally. Furniture Brands International, Inc., does business throughout the United States frequently supplies and transports its goods through the state of Arkansas.

4. This Complaint arises from an automobile collision that occurred on Interstate 55 on March 11, 2011, in West Memphis, Arkansas.

## FACTS

5. The Plaintiff was traveling southbound on I-55 the morning of March 11, 2011, at approximately 11:25 a.m. He was driving a 2001 Dodge Ram 1500 pickup and had slowed for traffic in the moments preceding the collision.

6. The Defendant, Judy Graham, was driving a 2007 Freightliner truck which was a commercial motor vehicle. The vehicle was owned by Furniture Brands International, Inc.

7. Judy Graham's Freightliner was South bound on I-55 in the outside (shoulder) lane, directly behind the vehicle being driven by the Plaintiff. Defendant Graham failed to slow for traffic, including the Plaintiff's vehicle. The Defendant's negligent actions resulted in her Freightliner striking the rear of the Plaintiff's vehicle. Plaintiff received injuries as a result of the collision, further described below.

## CAUSES OF ACTION

8. The Defendant, Judy Graham, was guilty of the following acts of common law negligence, each one of which was a direct and proximate cause of the injuries received by the Plaintiff:

(a) Driving too fast for the conditions existing on the day, at the time and location of the accident;

    (b)    Failing to maintain a proper lookout;
    (c)    Failing to maintain proper control of her vehicle;
    (d)    Failing to proceed cautiously when the risk of proceeding under the circumstances was known;
    (e)    Failing to act as a reasonable and prudent person would under the circumstances existing; and
    (f)    Following too closely and failing to honor a forward vehicle with the right of way

9. Defendant, Judy Graham, is guilty of violating the following statutes of the state of Arkansas which were in full force and effect at the time of the accident; each one of which was passed to protect a class of persons including the Plaintiff, said violations constituting negligence *per se*:

    (a)    Arkansas Code § 27-51-104 Careless and prohibited driving;
    (b)    Arkansas Code § 27-51-201 Limitations generally; and
    (c)    Arkansas Code § 27-51-305 Following too closely.

10. Each one of the acts committed by Judy Graham of negligence *per se* was the proximate cause and cause in fact of the injuries and damages sustained by the Plaintiff.

11. Each one of the above acts of common law negligence was the cause in fact and proximate cause of the injuries and damages suffered by the Plaintiff.

12. At all times relevant to the actions complained of herein, Judy Graham was operating on behalf of her employer or principal, Furniture Brands International, Inc., and was acting within the course and scope of her employment. All acts of negligence attributable to Judy Graham are also attributable to Defendant Furniture Incorporated, Inc. Furniture Brands International, Inc. should be held liable for the negligence of Mrs. Graham to the extent of the Plaintiff's damages.

## DAMAGES

13. Plaintiff was forcefully struck from behind by the freightliner truck driven by the Defendant. The Plaintiff suffered numerous injuries, including injuries to his neck and back requiring medical treatment. As a direct and proximate result of each act of negligence and violation of Arkansas statute described of above, Plaintiff suffered damages as set forth below:

(a) Physical pain and suffering, both past, present and future;
(b) Emotional pain and suffering, both past, present and future;
(c) Permanent injury;
(d) Medical expenses, both past and future;
(e) Lost earnings and lost earning capacity; and
(h) All other damages available to him under the law caused by the collision described herein.

## VI. PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays:

1. For process to issue, requiring these Defendants to answer;

2. For a jury to be impaneled to try the disputed issues of fact;

3. For a judgment for compensatory damages to compensate him for his injuries and damages for an amount to be determined by the jury in excess of that required for diversity jurisdiction in Federal Court; and

     4.     For any further and general relief to which the Plaintiff may be entitled.

PLAINTIFF DEMANDS A JURY TO TRY THE DISPUTED ISSUES OF FACT.

Respectfully submitted,

EASLEY & HOUSEAL, PLLC

_____
John Houseal, III (AR 03207)
Post Office Box 1115
Forrest City, Arkansas 72335
(870) 633-1447