IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**BILLY GLENN POWELL**                                                                                      **PLAINTIFF**

v.                                    No. 2:14-cv-32-DPM

**JUDY G. GRAHAM and FURNITURE
BRANDS INTERNATIONAL, INC.**                                                              **DEFENDANTS**

## ORDER

After the car accident giving rise to this case, but before Powell filed his lawsuit, Furniture Brands International filed a voluntary petition for bankruptcy in the United States Bankruptcy Court for the District of Delaware, Case No. 13-12329-CSS. This petition automatically stayed the commencement of any lawsuit against Furniture Brands. 11 U.S.C. § 362(a)(1). The stay bars this case from getting off the ground. Powell's time for taking any steps in the case, including service, is extended by operation of law until thirty days after notice of termination of the stay. 11 U.S.C. § 108(c). Motion for extension, № 3, denied as moot. The Court administratively terminates this case subject to timely reopening when the stay is lifted.

-2-

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

 9 June 2014