# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

BILLY GLENN POWELL                                              PLAINTIFF

v.                              No. 2:14-cv-32-DPM

JUDY G. GRAHAM                                                  DEFENDANT

## ORDER

Unopposed motion to substitute, № 36, noted. Sharon Powell should file an addendum with her acceptance of appointment as special administrator and Arkansas letters of administration. Addendum due by 15 June 2017.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 June 2017