IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BILLY GLENN POWELL                                              PLAINTIFF

v.                        No. 2:14-cv-32-DPM

JUDY G. GRAHAM                                                  DEFENDANT

ORDER

Addendum, № 38, noted and appreciated. Unopposed motion to substitute, № 36, granted. The Estate of Billy Glen Powell*, by Sharon Powell, special administrator, is substituted for Billy Glenn Powell as plaintiff. The Court directs the Clerk to update the docket.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

12 June 2017

---

*The Court adopts the parties' most recent spelling of Mr. Powell's name.