IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ESTATE OF BILLY GLEN POWELL, by
Sharon Powell, special administrator                              PLAINTIFF

v.                          No. 2:14-cv-32-DPM

JUDY G. GRAHAM                                                    DEFENDANT

## JUDGMENT

The amended complaint is dismissed with prejudice.


*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 July 2017